# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| DANIEL A. OUELLETTE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-00260-GZS |
| | ) | |
| GUY DESJARDINS, et als., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 31, 2014, his Recommended Decision (ECF No. 17). Plaintiff filed his Objection to the Recommended Decision (ECF No. 18) on January 22, 2015. Defendants Corizon Medical Services, Dr. George Stockwell, Cindy McDonough, Robert Carey and Dianne North filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 20) on February 4, 2015. Defendants Guy Desjardins, Jeff Chute, Lane Feldman, and John Lebel filed their response to Plaintiff's Objection to the Recommended Decision (ECF No. 21) on February 6, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 10 and 13) are hereby **GRANTED**.

3. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** for failure to state a claim upon which relied can be granted.

/s/George Z. Singal
U.S. District Judge

Dated this 9th day of February, 2015.